**Order entered May 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01428-CV

**ENNIS REGIONAL MEDICAL CENTER AND PETER ANTHONY EVENBLY, R.N., Appellants**

**V.**

**BRENDA CRENSHAW, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-07250**

## ORDER

Before Justices FitzGerald, Murphy, and Lewis

The Court **GRANTS** the April 16, 2013 unopposed motion of appellant Texas Health Presbyterian Hospital Dallas (THPHD) seeking dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a). This Order applies only to THPHD and not to the other appellants, Ennis Regional Medical Center and Peter Anthony Evenbly.

The Court further **ORDERS** that THPHD bear its own costs of this appeal. *See* TEX. R. APP. P. 42.1(d).

/s/    MARY MURPHY
PRESIDING JUSTICE
